**Denise BROWN, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 06–3037.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2006.

ON MOTION

*ORDER*

Denise Brown moves for reconsideration of the court's December 8, 2005 order dismissing her petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination, with Rule 15(c) statement attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Brown's motion for reconsideration is granted.

(2) The December 8, 2005 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.